UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL ANGELO TAYLOR,            )
                                  )
      Plaintiff,                  )   Case No.: 2:12-cv-02014-GMN-VCF
vs.                               )
                                  )   **ORDER ACCEPTING REPORT &**
                                  )   **RECOMMENDATION OF MAGISTRATE**
CHANG-HOON AHN,                   )   **JUDGE CAM FERENBACH**
                                  )
      Defendant.                  )
                                  )

      Before the Court for consideration is the Report and Recommendation (ECF No. 5) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered on January 16, 2013. At a hearing on January 9, 2013, Magistrate Judge Ferenbach granted Plaintiff's Motion/Application to Proceed *In Forma Pauperis*.

      Pursuant to Local Rule IB 3-2(a), objections were due by February 2, 2013. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Ferenbach's Recommendation should be **ACCEPTED**.

      **IT IS THEREFORE ORDERED** that Plaintiff's Complaint (ECF No. 4) is hereby **DISMISSED with prejudice**.

      **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

      **DATED** this 25th day of June, 2013.

_____
Gloria M. Navarro
United States District Judge